IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) McKenzi Taylor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CV-00140-TCK-FHM |
| | ) | |
| (1) Pacific Southwest Properties, LP | ) | |
| | ) | |
| Defendant | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff McKenzi Taylor and Defendant Pacific Southwest Properties L.P. hereby stipulate that this action be, and is by this document, dismissed with prejudice to the filing of a future action, with each party to bear her and its own attorney fees, litigation expenses and court costs.

*/s/ Charles C. Vaught*
Charles C. Vaught
OBA# 19962
Attorney for Plaintiff McKenzi Taylor
Armstrong & Vaught PLC
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
Telephone: (918) 582-2500
Fax: (918) 583-1755
cvaught@a-vlaw.com

*/s/ Mort G. Welch*

Mort G. Welch
OBA# 09462
Attorney for Defendant
Welch & Smith, P.C.
6440 Avondale Drive, Suite 206
Oklahoma City, Oklahoma 73116
Telephone: (405) 286-0801
Fax: (405) 286-0301
mwelch@welchsmith.com

2